**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID A. SAWICKI,** | ) | **CASE NO. 1:07CV803** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **CITY OF BRUNSWICK POLICE** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| Defendants. | ) | |

<u>**CHRISTOPHER A. BOYKO, J**</u>.:

This matter came before the Court upon a Telephone Conference conducted on April 1, 2009. Once again, the Court reminded the parties the only claim remaining is the allegation of excessive force in violation of 42 U.S.C. § 1983 against Brunswick Police Officer Robert Safran, which occurred on June 18, 2006 while Plaintiff, David Sawicki, was being transported from one cell to another.

Understanding Plaintiff is hampered in prosecuting his case due to his incarceration, the Court grants an extension of the discovery cut-off for a period of thirty (30) days, until May 1, 2009, to allow for the completion of depositions upon written questions pursuant to Fed. R. Civ. P. 31.

Plaintiff is permitted to serve written questions upon the following individuals:

1. Robert Safran

2. Jon Page

3. Dale Schnell

4. Jeffery Jones

5. Nurses Pam and Peg (last names unknown at this time)

6. Nurse Tom Huggins

7. Doctor Gouhlibar

Plaintiff shall serve twenty-five (25) questions per deponent, pertaining to the one pending claim and the injuries allegedly suffered as a result. If a deponent objects to any of Plaintiff's questions, the objections shall be immediately certified to the Court for ruling. Copies of any documents served and/or filed shall be served upon all other parties. Plaintiff shall mail the questions no later than Monday, April 6, 2009.

This Order will be faxed to Lake Erie Correctional Institution, care of David A. Sawicki's Unit Manager, who shall deliver it to David A. Sawicki and certify the date and time of delivery by return fax to 216-357-7156.

**IT IS SO ORDERED.**

**DATE: __April 1, 2009_____**

                                  **S/Christopher A. Boyko**
                                  **CHRISTOPHER A. BOYKO**
                                  **United States District Judge**